Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
| ALEJANDRA PEREDA | ) Case No.: 8:09-bk-12329-TA |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301107** in the sum of **$238.62** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    ALEJANDRA PEREDA
    12191 FERRARI LANE
    GARDEN GROVE, CA #REF!

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0912329 | ALEJANDRA PEREDA<br>ACCT: | Claim: 00000 | XXX-XX-5676 | 238.62 | 0.00 | 238.62 |
| | | TOTALS | | 238.62 | 0.00 | 238.62 |

ALEJANDRA PEREDA

BALANCE:           [0.00 13/00000]
SSN: XXX-XX-5676    SSN:
ACCT:                        CASE: 0912329
PRINCIPAL:     238.62   INTEREST:       0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301107

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$238.62

PAY  Two Hundred Thirty Eight And 62 / 100 Dollars

TO THE
ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301107⑈ ⑆061100790⑆ 000005751862⑈